**Order filed July 27, 2022**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-22-00466-CV

_____

### IN THE INTEREST OF A.L.T AKA A.T, A CHILD

---

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2018-004475JA**

---

## ORDER

The notice of appeal in this case was filed June 21, 2022. The clerk responsible for preparing the record notified this court that appellant has not made payment for the record. No evidence that appellant has established indigence has been filed. *See* Tex. R. Civ. P. 145. On July 5, 2022, this court notified appellant that the appeal was subject to dismissal unless appellant filed a response with proof of payment for the record. No response was filed. Therefore, the court issues the following order.

Appellant is ordered to demonstrate to this court **on or before August 5, 2022**, that arrangements have been made to pay for the clerk's record. *See* Tex. R. App. P. 35.3(c). If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 37.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Hassan and Wilson.